LAW OFFICES

# ANDERSON, COE & KING, LLP

SUITE 2000
201 N. CHARLES STREET
BALTIMORE, MARYLAND 21201-4135
TELEPHONE: 410-752-1630
FAX DIRECT DIAL: 410-752-0085

OCEAN CITY OFFICE
P.O. BOX 535
12934 KELLY BRIDGE LANE
OCEAN CITY, MD 21842
TELEPHONE: 410-213-2681
FAX DIRECT DIAL: 410-213-2685

ROBERT H. BOUSE, JR.
E. DALE ADKINS, III
JAMES A. ROTHSCHILD
M. BRADLEY HALLWIG
J. MICHAEL SLONEKER
E. PHILIP FRANKE, III
PHILIP C. JACOBSON*
LYNNE B. MALONE
GREGORY L. VANGEISON
BARBARA McC. STANLEY
MATTHEW T. ANGOTTI
HUGH CROPPER, IV
JAMES S. AIST

*ALSO ADMITTED IN
DISTRICT OF COLUMBIA

WRITER'S FAX: 410-752-___0085

CHARLES I. JOSEPH
NEIL R. LEBOWITZ
BRIAN P. WYATT
JONATHAN A. STEINBERG
EDWIN L. KEATING
MICHAEL J. CARLSON
WILSON K. BARNES, III
WILLIAM F. PIERMATTEI

G. C. A. ANDERSON
(1898-1985)
WARD B. COE, JR.
(1913-1996)

COUNSEL
FRANK J. VECELLA
JOHN F. KING

November 28, 2000

**Hand Delivered**

The Honorable Benson Everett Legg
United States District Judge
United States District Court
Baltimore, Maryland

Re:  Barnes v. Rite Aid Corporation
     Civil Actin No.:  L 00 CV 3035

Dear Judge Legg:

   Please accept this letter as Defendant Rite Corporation's position regarding the limitation on deposition hours. In our experience, the deposition of Plaintiff can often consume up to five hours, which leaves only five hours to depose the remainder of the witnesses that Plaintiff alleges to have familiarity with relevant facts. Without knowing how many witnesses Plaintiff contends are have knowledge of any relevant facts, it is difficult for Defendant to accept that it can properly defend this case with only ten deposition hours. Typically, employment cases involve a significant number of witnesses or potential witnesses, including eye witnesses of any alleged harassment, people to whom Plaintiff has spoken concerning the alleged harassment, and witnesses related to damages. Accordingly, I would request that the Court grant it twenty hours of deposition time so that we may properly prepare for the defense of this case. Please be advised that Jim Rothschild, the partner handling this case, has spoken to Plaintiff's counsel, who indicates that he does not need additional deposition hours.

   If you have any questions, please do not hesitate to contact me.

                                              Sincerely yours,

                                              Michael J. Carlson

Cc:  Morton Edelstein, Esq., counsel for Plaintiff

Approved: Benson E. Legg
USDJ
11/30/00