IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHELLE L. BARNES,                     *

    PLAINTIFF                         *

V.                                      *       CIVIL ACTION #: 00-3035

RITE AID CORPORATION                    *

    DEFENDANT                         *

\* * * * * * * * * * * *

~~PROPOSED~~ ORDER

The Court having considered Defendant's Motion to Extend Deadlines, and it being consented to, hereby GRANTS the Motion and further ORDERS that the following dates shall constitute the Court's imposed deadlines for this case:

**Discovery deadline & submission of status report**         May 28, 2001

**Requests for admissions**                                  June 4, 2001

**Dispositive pretrial motions deadline**                    June 29, 2001

                                                     _/s/ Benson Everett Legg_ 3/30/01
                                                     Benson Everett Legg
                                                     United States District Court Judge

CC:    James A. Rothschild, Esquire
        Michael J. Carlson, Esquire
        Anderson, Coe & King, LLP
        201 N. Charles Street
        Suite 2000
        Baltimore, MD 21201

        Morton Edelstein, Esquire
        110 St. Paul Street
        Suite 402
        Baltimore, Md 21202