IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHELLE L. BARNES            *

    Plaintiff            *

vs.                           *       Civil Action No.: 00-3035

RITE AID CORPORATION          *

                              *

    Defendant
                              *

## ORDER

The Court having considered ~~Defendant's~~ Plaintiff's Motion to Extend Deadlines, and it being consented to, hereby GRANTS the Motion and further ORDERS that the following dates shall constitute the Court's imposed deadlines for this case:

Discovery Deadline & Submission of status report    July 9, 2001

Request for Admissions                              July 16, 2001

Dispositive Pretrial Motions Deadline               August 10, 2001

_____
Benson Everett Legg
United States District Court Judge