```
_____FILED    _____ENTERED
_____LODGED   _____RECEIVED

            JUL 1 3 2001

            AT BALTIMORE
        CLERK U.S. DISTRICT COURT
         DISTRICT OF MARYLAND
BY                        DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHELLE L. BARNES | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.: 00-3035 |
| RITE AID CORPORATION | * | |
| | * | |
| Defendant | * | |

### ORDER

The Court having considered Plaintiff's Motion to Extend Deadlines, and it being consented to, hereby GRANTS the Motion and further ORDERS that the following dates shall constitute the Court's imposed deadlines for this case:

Discovery Deadline & Submission of status report    August 2, 2001

Request for Admissions                              August 9, 2001

Dispositive Pretrial Motions Deadline               September 4, 2001

_____ 7/13/01
Benson Everett Legg
United States District Court Judge

