IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHELLE L. BARNES, | * | |
| PLAINTIFF | * | |
| V. | * | CIVIL ACTION #: 00-3035 |
| RITE AID CORPORATION | * | |
| DEFENDANT | * | |

\* \* \* \* \* \* \* \* \* \* \*

~~PROPOSED~~ ORDER

The Court having considered Defendant's Motion to Extend Deadline for Filing Motion for Summary Judgment, and it being consented to, hereby GRANTS the Motion and ORDERS that the deadline for filing dispositive motions shall be extended by 10 (10) days. Accordingly, the new dispositive motion deadline in this case is **September 14, 2001.**

_____
Benson Everett Legg
United States District Court Judge

CC: James A. Rothschild, Esquire
Michael J. Carlson, Esquire
Anderson, Coe & King, LLP
201 N. Charles Street
Suite 2000
Baltimore, MD 21201

Morton Edelstein, Esquire
110 St. Paul Street
Suite 402
Baltimore, Md 21202