IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHELLE L. BARNES | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No.: 00-3035 BEL |
| RITE AID CORPORATION | * | |
| | * | |
| Defendant | * | |

**ORDER**

The Court having considered Plaintiff's Motion For Extension of Time to Respond to Defendant's Motion for Summary Judgment, and it being consented to, hereby GRANTS the Motion and it is further

ORDERED that the Plaintiff's response to the Defendant's Motion for Summary Judgment shall be filed by November 5, 2001.

_____
Benson Everett Legg
United States District Court Judge