IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHELLE L. BARNES,

    PLAINTIFF      *

V.      *      CIVIL ACTION #: 00-3035

RITE AID CORPORATION

    DEFENDANT      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

The Court having considered Defendant's Motion to Extend Deadline for Filing Reply to Opposition to Defendant's Motion for Summary Judgment, and it being consented to, hereby GRANTS the Motion and ORDERS that the Defendant Rite Aid Corporation shall file any reply to Plaintiff's Opposition to Motion for Summary Judgment on or before November 26, 2001.

                         /s/ Benson Everett Legg    11/20/01
                         Benson Everett Legg
                         United States District Court Judge

CC:    James A. Rothschild, Esquire
       Michael J. Carlson, Esquire
       Anderson, Coe & King, LLP
       201 N. Charles Street
       Suite 2000
       Baltimore, MD 21201

       Morton Edelstein, Esquire
       110 St. Paul Street
       Suite 402
       Baltimore, Md 21202