UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

September 17, 2002

MEMORANDUM TO COUNSEL RE:   <u>Michelle Barnes v. Rite Aid Corporation,</u>
Civil #L-00-3035

Dear Counsel:

On September 17 at 10:00 a.m., the Court held a hearing on Defendant's Motion for Summary Judgment. This memorandum is to confirm the substance of the Court's rulings. For the reasons stated in open court, the Court hereby ORDERS that:

(i)   Defendant's Motion for Summary Judgment is DENIED; and

(ii)  Plaintiff is directed to file an AMENDED COMPLAINT within 15 days of the entry of this order. The complaint shall contain two counts - one for wrongful termination and one for hostile work environment.

Chambers will contact the parties to schedule a telephone conference to discuss (i) the trial schedule and (ii) the details of the pretrial order.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file