UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

October 7, 2002

MEMORANDUM TO COUNSEL RE:   Michelle Barnes v. Rite Aid Corporation,
Civil #L-00-3035

Dear Counsel:

On October 7th at 5:00 p.m., the Court held a teleconference to set the trial date. This memorandum is to confirm the substance of the Court's rulings. For the reasons stated during the tape recorded conference, the Court hereby ORDERS that:

(i)   the pretrial order will be due on or before December 6, 2002;

(ii)  the pretrial conference will take place on December 16, 2002, at 4:00 p.m.; and

(iii) the trial will begin on January 6, 2003, at 10:00 a.m.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file