UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC 17 P 4:25

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

December 16, 2002

MEMORANDUM TO COUNSEL RE:   Michelle Barnes v. Rite Aid Corporation
Civil #L-00-3035

Dear Counsel:

On December 16th, the Court held a pretrial conference. This memorandum is to confirm the substance of the Court's rulings made on the record. The Court ORDERED that:

(i)  on or before January 2, 2003, the parties shall jointly submit (a) proposed voir dire questions, (b) proposed jury instructions, and (c) a proposed verdict form;

(ii) also on or before January 2nd, the Defendant shall submit a trial memo which addresses (a) the admissibility of Plaintiff's prior convictions, (b) the availability of punitive damages, and (c) the limitations on Plaintiff's claim for front pay; and

(iii) the jury trial will begin on January 6, 2003, at 10:00 a.m.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

Enclosure: Court's Jury Instructions
c:   Court file

C/M CHAMBERS 12/17/02