IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHELLE L. BARNES            *
    Plaintiff
                           *

v.                                      Case No. L-00-3035
                           *

RITE AID CORPORATION
    Defendant                ******

### ORDER OF JUDGMENT

The jury having returned a verdict in favor of the Defendant, Rite Aid Corporation, against the Plaintiff, Michelle L. Barnes it is this *10TH* day of *January*, 20*03*,

**ORDERED**,

1. Judgment is entered in favor of Defendant, Rite Aid Corporation, against Plaintiff, Michelle L. Barnes, with costs; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

/s/

BENSON EVERETT LEGG, CHIEF
UNITED STATES DISTRICT JUDGE

U.S. District Court (Rev. 12/2000) - Order of Judgment (in favor of Defendant)

